IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

WILLIAM JOSEPH MITCHELL                                           PLAINTIFF

V.                                              CIVIL ACTION NO. 3:20-cv-179-NBB-RP

WADE FAULKNER, In His Individual
Capacity                                                          DEFENDANT

## **ORDER**

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss is **GRANTED**, and this case is **DISMISSED** and closed.

This 26th day of May, 2021.

    /s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE